TIMOTHY COURCHAINE
United States Attorney
District of Arizona
THEO NICKERSON
Assistant United States Attorney
Connecticut State Bar No. 429356
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ  85004-4449
Telephone: (602) 514-7500
Fax: (602) 514-7693
Theo.Nickerson2@usdoj.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Armine Davtyan,<br><br>            Plaintiff,<br><br>   v.<br><br>United States Attorney General, et al.<br><br>            Defendants. | No. 25-cv-01826-DLR-ASB<br><br>**JOINT STIPULATED DISMISSAL** |

**<u>JOINT STIPULATED DISMISSAL</u>**

This Case comes before the Court on the parties' stipulation. The Plaintiff and Defendants stipulate to the following:

1.  On May 28, 2025, Plaintiff brought this action seeking to compel Defendants to refer, schedule and provide Plaintiff with a credible fear screening.

2.  Defendants hereby agree to refer, schedule and provide Plaintiff with a credible fear screening.

3.  Defendants hereby agree not to remove the Plaintiff pending the full assessment of Plaintiff's credible fear claim, including review of any negative determination by an Immigration Judge if necessary.

4.  Plaintiff hereby dismisses this action with prejudice. Each party to bear its own costs and fees.

| | | |
|---|---|---|
| 1 | Dated: June 4, 2025 | *s/Nathaniel Nicoll* |
| 2 | | Nathaniel L. Nicoll |
| | | 631 O'Farrell St., Ste. 608 |
| 3 | | San Francisco, CA 94109 |
| 4 | | Phone: 415-279-2273 |
| | | Email: wishduck@hotmail.com |

Dated: June 4, 2025

*s/Nathaniel Nicoll*
Nathaniel L. Nicoll
631 O'Farrell St., Ste. 608
San Francisco, CA 94109
Phone: 415-279-2273
Email: wishduck@hotmail.com

*s/Theo Nickerson*
Assistant United States Attorney
U.S. Attorney's Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1800
Phoenix, AZ 85004-4408
Phone: 602-514-7456
Email: Theo.Nickerson2@usdoj.gov

Respectfully submitted this 4th day of June, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Theo Nickerson*
THEO NICKERSON
Assistant United States Attorney
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System:

Nathaniel L. Nicoll
631 O'Farrell St., Ste. 608
San Francisco, CA  94109

*s/ Mary Simeonoff*
United States Attorney's Office